IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JUSTIN CRODERO MILLAN,

       Petitioner,

v.                                                                Case No. 5D18-0569

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed April 20, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Kenneth C. Gallagher, Orlando, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 6, 2017 order denying Petitioner's motion for post-conviction relief, filed in Case No. 2012-CF-1984-O in the Ninth Judicial Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, LAMBERT and EDWARDS, JJ., concur.